NUMBER 13-05-071-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE MARTIN VERA

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Martin Vera, filed a petition for writ of mandamus in the above cause
on February 4, 2005. The Court, having examined and fully considered the petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to
the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8(a). 

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 10th day of February, 2005.